IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, NC
DEC 04 2018
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:18cr139 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| ANTHONY RYAN MOORE-POWELL | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of Indictment be sealed until the defendants have been arrested.

This the 4th day of December, 2018.

_____
W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE