IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:18CR139 |
| v. | |
| ANTHONY RYAN MOORE-POWELL | |

**FILED**
ASHEVILLE, N.C.
FEB 04 2019
U.S. DISTRICT COURT
W. DIST. OF N.C.

## ORDER TO UNSEAL

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an Order directing that the Bill of Indictment, Arrest Warrant, and any and all documents in the above referenced case be unsealed,

**IT IS HEREBY ORDERED** that the Bill of Indictment, Arrest Warrant, and any and all documents in the above referenced case be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 4th day of February, 2019.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA